IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY HORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's unopposed motion to file pretrial motions out of time and to continue trial (filing 25) is granted.

(2) The motion to suppress (filing 26) is deemed timely filed.

(3) The January 26, 2009 trial is removed from the court's calendar pending resolution of the motion to suppress.

(4) The time between the filing of the motion to suppress until the ruling on the motion is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

January 20, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge