IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3005 |
| | ) | |
| V. | ) | |
| | ) | |
| JEREMY HORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1) The government's unopposed motion to extend the deadline for responding to the defendant's motion to suppress, (filing no. 29), is granted.

2) The government's response shall be filed on or before February 2, 2009.

DATED this 27th day of January, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge