IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY HORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that the defendant cannot be brought to the courthouse tomorrow.

IT THEREFORE HEREBY IS ORDERED,

The joint oral motion of counsel for a continuance is granted and the suppression hearing is continued from March 5 to March 26, 2009 at 1:00 p.m. for a duration of two hours.

Defendant is required to be present for the hearing.

DATED this 4th day of March, 2009.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge