IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY HORTON, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion to extend time for filing objections to Judge Piester's report and recommendation issued on May 26, 2009 (filing 50).  The motion shall be granted.

IT IS ORDERED that Plaintiff shall file any objections to Judge Piester's report and recommendation (filing 49) no later than June 15, 2009.

June 11, 2009.

BY THE COURT:
s/*Richard G. Kopf*
United States District Judge