IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:08CR3005 |
| ) | |
| JEREMY HORTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Trial, filing 58, from November 2, 2009, for approximately 60 to 90 days.  The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's trial shall be continued until the 19th day of January, 2010, at 9:00 a.m. as the number one criminal trial. The defendant is ordered to appear at said time.  This Court further finds that, based upon the showing set forth in defendant's motion, the ends of justice will be served by continuing defendant's trial.  Further, that taking such action outweighs the best interests of the public and the defendant in a speedy trial.  Accordingly, the time from October 27, 2009, until the date next set for trial shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated October 27, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge