THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3005 |
| | ) | |
| vs. | ) | ORDER FOR |
| | ) | DISMISSAL OF INDICTMENT |
| JEREMY HORTON, | ) | |
| | ) | |
| Defendant. | ) | |

The Motion of the United States is hereby granted. It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Jeremy Horton.

DATED this 31st day of March, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge